Jeff Silvestri, Esq. (NSBN 5779)
Daniel I. Aquino, Esq. (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
(702) 873-4100
jsilvestri@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Defendants Duane A. Hughes,
Steve Schrader, Stephen Fleming, Robert
Willison, and Anthony Furey*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ED LOMONT and LUIS ANGULO, derivatively on behalf of nominal defendant Workhorse Group, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, STEPHEN FLEMING, ANTHONY FUREY, RAYMOND CHESS, GERALD BUDDE, H. BENJAMIN SAMUELS, HARRY DEMOTT, MICHAEL CLARK, PAMELA MADER, and JACQUILENE DEDO, <br><br> Defendants. <br><br> WORKHORSE GROUP, INC., <br><br> Nominal Defendant. | Case No.: 2:22-cv-00980-CDS-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (First Request) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendants Duane A. Hughes ("Hughes"), Steve Schrader ("Schrader"), Stephen Fleming ("Fleming"), Robert Willison ("Willison"), and Anthony Furey ("Furey") (collectively, "Defendants") and Plaintiffs Ed Lomont and Luis Angulo ("Plaintiffs"), hereby stipulate, agree and respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1) from September 16, 2022 to October 17, 2022.



Due to recent rulings in cases raising similar issues pending in the United States District Court for the Central District of California and the Eighth Judicial District Court for Clark County, Nevada, the parties require further time to evaluate the claims and defenses in this matter prior to the filing of Defendants' responsive pleading.

The request is not for purposes of delay. This is the first request by the parties.

Dated this 13th day of September, 2022.

| McDONALD CARANO LLP | MUCKLEROY LUNT |
|---|---|
| By: /s/ Jeff Silvestri<br>Jeff Silvestri, Esq. (NSBN 5779)<br>Daniel I. Aquino, Esq. (NSBN 12682)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>jsilvestri@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com<br><br>*Attorneys for Defendants Duane A. Hughes, Steve Schrader, Stephen Fleming, Robert Willison, and Anthony Furey* | By: /s/ Martin Muckleroy<br>Martin Muckleroy, Esq. (NSBN 9634)<br>6077 S. Fort Apache Road, Suite 140<br>Las Vegas, NV 89148<br>martin@muckleroy.com<br><br>Robert C. Schubert (S.B.N. 62684)<br>Willem F. Jonckheer (S.B.N. 178748)<br>SCHUBERT JONCKHEER & KOLBE LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>rschubert@sjk.law<br>wjonckheer@sjk.law<br><br>*Counsel for Plaintiffs* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   9-19-2022   _____