J. Stephen Peek, Esq. (NSBN 1758)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
Facsimile: (702) 669-4600

*Attorneys for Defendants Raymond Chess, Gerald Budde, H. Benjamin Samuels, Harry DeMott, Michael Clark, Pamela Mader, and Jacqueline Dedo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ED LOMONT and LUIS ANGULO, derivatively on behalf of nominal defendant Workhorse Group, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, STEPHEN FLEMING, ANTHONY FUREY, RAYMOND CHESS, GERALD BUDDE, H. BENJAMIN SAMUELS, HARRY DEMOTT, MICHAEL CLARK, PAMELA MADER, and JACQUELINE DEDO,<br><br>Defendants. | Case No: 2:22-cv-00980-CDS-VCF<br><br>**STIPULATION AND ORDER TO STAY THE ACTION** |
| WORKHORSE GROUP, INC.,<br><br>Nominal Defendant. | |

Pursuant to Local Rules IA 6-1 and 7-1, Defendants Duane Hughes, Steve Schrader, Robert Willison, Stephen Fleming, Anthony Furey, Raymond Chess, Gerald Budde, H. Benjamin Samuels, Harry DeMott, Michael Clark, Pamela Mader, Jacqueline Dedo, and Nominal Defendant Workhorse Group, Inc. (collectively, "Defendants"), and Plaintiffs Ed Lomont and Luis Angulo (collectively, "Plaintiffs"), hereby stipulate, agree and respectfully

request that the Court stay this action (the "Action") pending resolution of the securities fraud class action lawsuit *Farrar v. Workhorse Group, Inc., et al.*, No. CV 21-02072, currently pending in the United States District Court for the Central District of California (Carney, J.) (the "Securities Action"). The allegations in the instant Action overlap substantially with those in the Securities Action, and the parties to this Action agree that staying this Action while the Securities Action is litigated will promote efficiency and avoid unnecessary, and potentially duplicative proceedings. The Court presiding over the Securities Action recently has stayed two other shareholder derivative actions similar to this Action pending resolution of the Securities Action. *See In re Workhorse Group Inc. Deriv. Litig.*, 21-cv-4202 (C.D. Cal. Oct. 3, 2022) (ECF No. 82); *Cohen v. Hughes, et al.*, 21-cv-8734 (C.D. Cal.  July 22, 2022) (ECF No. 92). And another court in the Eighth Judicial District Court has stayed a similar derivative action. *See In Re Workhorse Group Inc. Stockholder Derivative Litigation*, Case Number: A-21-833050-B (Order entered on Aug. 22, 2022).

The request is not for purposes of delay. This is the first request by the parties. The parties also request that the court set a status check for January 15, 2023 for a status of this case and the other pending actions.

*Signatures on next page*

///

///

1

2

*Ed Lomont v. Duane Hughes et al.*
*2:22-cv-00980-CDS-VCF*
*Stipulation and Order to Stay the Action*

3

4

Dated this 17th day of October 2022

Dated this 17th day of October 2022

**HOLLAND & HART LLP**

**MUCKLEROY LUNT**

5

6

By: */s/ J. Stephen Peek*

7

J. Stephen Peek, Esq. (NSBN 1758)
9555 Hillwood Drive, 2nd Floor

8

Las Vegas, Nevada 89134
speek@hollandhart.com

9

10

*Attorneys for Defendants Raymond Chess,*
*Gerald Budde, H. Benjamin Samuels,*

11

*Harry DeMott, Michael Clark,*
*Pamela Mader, and Jacqueline Dedo*

12

Dated this 17th day of October 2022

13

**MCDONALD CARANO LLP**

14

By: */s/ Willem F. Jonckheer*
Martin Muckleroy, Esq. (NSBN 9634)
6077 S. Fort Apache Road, Suite 140
Las Vegas, Nevada 89148
martin@muckleroy.com

Robert C. Schubert (S.B.N. 62684)
Willem F. Jonckheer (S.B.N. 178748)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
rschubert@sjk.law
wjonckheer@sjk.law

*Attorneys for Plaintiffs*

15

Dated this 17th day of October 2022

By: */s/ Jeff Silvestri*

16

Jeff Silvestri, Esq. (NSBN 5779)
Daniel I. Aquino, Esq. (NSBN 12682)

17

2300 W. Sahara Ave. 1200
Las Vegas, NV 89102

18

jsilvestri@mcdonaldcarano.com
daquino@mcdonaldcarano.com

19

20

*Attorneys for Defendants Duane A. Hughes,*
*Steve Schrader, Stephen Fleming, Robert*

21

*Willison, and Anthony Furey*

**MORRIS LAW GROUP**

By: */s/ Steve Morris*
Steve Morris, Esq. (NSBN 1543
Rosa Solis-Rainey, Esq. (NSBN 7921)
801 S. Rancho Dr., Ste B4
Las Vegas, NV 89106
sm@morrislawgroup.com
rsr@morrislawgroup.com

22

23

*Attorneys for Nominal Defendant Workhorse*
*Group, Inc*

24

IT IS SO ORDERED.  IT IS FURTHER ORDERED that a status check is scheduled

25

for January 17, 2023, at 10:30 a.m., in LV courtroom 6B.

26

27

_____
UNITED STATES DISTRICT JUDGE

28

DATED:  October 17, 2022