Rory T. Kay, Esq. (NSBN 12416)
Daniel I. Aquino, Esq. (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
(702) 873-4100
rkay@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Defendants Duane A. Hughes, Steve Schrader, Stephen Fleming, Robert Willison, and Anthony Furey*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ED LOMONT and LUIS ANGULO, derivatively on behalf of nominal defendant Workhorse Group, Inc., <br><br> Plaintiffs <br><br> vs. <br><br> DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, STEPHEN FLEMING, ANTHONY FUREY, RAYMOND CHESS, GERALD BUDDE, H. BENJAMIN SAMUELS, HARRY DEMOTT, MICHAEL CLARK, PAMELA MADER, and JACQUILENE DEDO, <br><br> Defendants <br><br> WORKHORSE GROUP, INC., <br><br> Nominal Defendant | Case No.: 2:22-cv-00980-CDS-VCF <br><br> **STIPULATION AND ORDER TO CONTINUE JUNE 1, 2023 STATUS CONFERENCE** |

The parties, by and through their counsel of record, hereby submit the instant Stipulation and Order to Continue June 1, 2023 Status Conference. On March 20, 2023, the parties requested and were granted an additional 60 days to finalize settlement, due to events proceeding in the related action pending in Clark County District Court, *Romario St. Clair, et. al. v. Duane Hughes, et. al.*, Case No. A-21-833050-B (the "State Court Action").

In the State Court Action, an Unopposed Motion for Final Approval of Proposed Settlement was filed on May 17, 2023, which is currently set for hearing on June 21, 2023. After

that hearing concludes, the parties anticipate settlement in the current action can be finalized. Accordingly, the parties jointly request that the Status Conference in this matter currently set for June 1, 2023 be continued for 60 days to allow the parties to finalize settlement.

Dated this 26th day of May, 2023.

| MUCKLEROY LUNT | McDONALD CARANO LLP |
|---|---|
| By: /s/ Martin Muckleroy<br>Martin Muckleroy, Esq. (NSBN 9634)<br>6077 S. Fort Apache Road, Suite 140<br>Las Vegas, NV 89148<br>martin@muckleroy.com<br><br>Robert C. Schubert (S.B.N. 62684)<br>Willem F. Jonckheer (S.B.N. 178748)<br>SCHUBERT JONCKHEER & KOLBE<br>2001 Union Street, Suite 200<br>San Francisco, CA 94123<br>rschubert@sjk.law<br>wjonckheer@sjk.law<br><br>*Counsel for Plaintiffs* | By: /s/ Daniel I. Aquino<br>Rory T. Kay, Esq. (NSBN 12416)<br>Daniel I. Aquino, Esq. (NSBN 12682)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rkay@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com<br><br>*Attorneys for Defendants Duane A. Hughes, Steve Schrader, Stephen Fleming, Robert Willison, and Anthony Furey* |
| HOLLAND & HART LLP | MORRIS LAW GROUP |
| By: /s/ Robert Cassity<br>J. Stephen Peek, Esq. (NSBN 1758)<br>Robert Cassity, Esq. (NSBN 9779)<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>speek@hollandhart.com<br>*Attorneys for Defendants Raymond Chess, Gerald Budde, H. Benjamin Samuels, Harry DeMott, Michael Clark, Pamela Mader, and Jacqueline Dedo* | By: /s/ Rosa Solis-Rainey<br>Steve Morris, Esq. (NSBN 1543)<br>Rosa Solis-Rainey, Esq. (NSBN 7921)<br>801 S. Rancho Dr., Ste B4<br>Las Vegas, NV 89106<br>sm@morrislawgroup.com<br>rsr@morrislawgroup.com<br><br>*Attorneys for Nominal Defendant Workhorse Group, Inc* |

**IT IS SO ORDERED.** The June 1, 2023, status conference is vacated and reset to August 1, 2023, at 10:00 a.m. in LV Courtroom 6B.

_____
UNITED STATES DISTRICT JUDGE
DATED:  May 31, 2023